UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN TITANIUM, INC., et al.,<br><br>Defendants. | Criminal No. 08-CR-4229-JLS<br>Civil Case No. 08-CV-0794-W<br><br>**ORDER UNSEALING RELATED PRE-INDICTMENT CIVIL CASE No. 08-CV-0794-W** |

Pursuant to the ex parte motion filed by UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Stacey H. Sullivan, Assistant United States Attorney, this Court hereby orders that civil case number 08-CV-0794-W be unsealed. This order does not apply to any documents filed ex parte.

**IT IS SO ORDERED**.

DATED: May 15, 2009

Honorable Janis L. Sammartino
United States District Judge